UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MOLLY SHEARMAN,**<br>    *Plaintiff* | **CIVIL ACTION NO:** |
| **VERSUS** | |
| **FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY AND METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,**<br>    *Defendant* | **JUDGE** _____<br><br>**MAGISTRATE** _____ |

## NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY

NOW INTO COURT, through undersigned counsel, comes FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY (f/k/a Metropolitan Property and Casualty Insurance Company and hereinafter from time to time referred to as "Farmers"), who hereby files this notice of removal of the above captioned action to the United States District Court for the Eastern District of Louisiana, from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, et seq., and respectfully shows the following:

1.

That on December 6, 2023, plaintiff, Molly Shearman, an individual domiciled in Jefferson Parish, State of Louisiana, who is therefore a citizen of the State of Louisiana, filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana a petition for damages bearing docket number 849-395, Division "P," seeking to recover contractual and extra-contractual damages and attorney's fees and naming FARMERS PROPERTY AND CASUALTY

INSURANCE COMPANY AND METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY as defendants.[1]

2.

FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY issued a policy of uninsured/underinsured motorist insurance to the plaintiff that provided certain coverages to her. Said policy forms the basis of this litigation.[2] METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY was purchased by FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY and is not a proper party to this suit.

3.

Defendant, Farmers Property and Casualty Insurance Company, is a foreign corporation organized under the laws of the State of Rhode Island, with its principal place of business located in Woodland Hills, California, and is therefore a citizen of the State of Rhode Island and the State of California. Metropolitan Property and Casualty Insurance Company is not a proper party to this suit.

4.

Defendant, Farmers Property and Casualty Insurance Company, was provided a copy of plaintiff's petition and citation, at the earliest, on or about December 22, 2023, as evidenced by the attached pleadings and citation provided by the Secretary of State to Farmers. This was defendant's official notice of the lawsuit having been filed and properly served.[3]

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

---

[1] *See* Petition attached hereto as Exhibit "A."
[2] *See* Certified Policy issued by Farmers attached hereto as Exhibit "B."
[3] *See* Exhibit A, Citation, Notice, and Petition.

5.

The action described above is a civil action of which this court has original jurisdiction under the provisions of Title 28 U.S.C. § 1332, in that it is a civil action between citizens of different states, and wherein the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

6.

Defendant, Farmers, is a foreign corporation organized under the laws of the State of Rhode Island, with its principal place of business located in Woodland Hills, California, and is therefore a citizen of the State of Rhode Island and a citizen of the State of California for diversity purposes.

7.

Plaintiff, Molly Shearman, an individual, is domiciled in Jefferson Parish, State of Louisiana, and is therefore a citizen of the State of Louisiana for diversity purposes.

8.

This lawsuit arises out of an automobile accident that occurred on or about December 2, 2021. Plaintiff claims that she was a guest passenger in a vehicle owned by, and being operated by, Stanley Kusy, who entered I-10 from Power Boulevard traveling in an easterly direction in the right lane of I-10 East near the Power Boulevard entrance to I-10 in the Parish of Jefferson, State of Louisiana. At the same time, Bonnie Toppins was operating a vehicle owned by Edna Hebert-McCrory and was also traveling in an easterly direction in the right lane of I-10 East near the Power Boulevard entrance to I-10 when suddenly, and without warning, the Toppins vehicle drove into the merge lane of I-10 East and struck the Kusy vehicle on the driver's side. Plaintiff claims that the accident was caused solely by the fault of the third-party tortfeasor, Bonnie Toppins.[4]

---

[4] *See* Exhibit A, Petition for Damages.

9.

Plaintiff brought the present suit against Farmers. At the time of the accident, plaintiff had in full force and effect a UIM policy of insurance, subject to its terms and conditions, issued by Farmers with limits of $250,000.00 per person and $500,000.00 per accident.[5]

10.

Plaintiff claims to have suffered personal injuries as a result of the incident and alleges that Farmers, as the putative UIM carrier, is liable for those injuries.[6]

11.

Plaintiff submitted a settlement demand outlining her alleged injuries, medical expenses, and treatment dated January 16, 2024.[7] Therein, Plaintiff noted that the medical bills she had incurred as of that date totaled $31,252.75.[8] Ms. Shearman further alleges in her settlement demand that she believes her claim has a total value of $195,000.00. She has already been paid $15,000.00 from Go Auto; $15,000.00 from Progressive UM; $5,000.00 from Farmers Med Pay; and $33,112.00 from Farmers in the form of a UM tender as well as another UM tender from Farmers in the amount of $5,500.00 totaling $73,612.00. Based on the value of her claims and payments received to date, Ms. Shearman is demanding $120,000.00 in new money to resolve her claim.[9] In addition, the plaintiff has demanded in her Petition penalties and attorneys' fees.[10] Plaintiff's demand for penalties and attorneys' fees shall be considered in ascertaining the amount in controversy. *See St. Paul Reinsurance Co., Ltd. v. Greenberg,* 134 F.3d 1250, 1252 (5th Cir. 1998); *see also Foret v. Southern Farm Bureau Life Ins. Co.,* 918 F.2d 534, 537 (5th Cir.1990).

---

[5] *See* Certified Policy issued by Farmers attached hereto as Exhibit "B."
[6] *See* Exhibit A, Petition for Damages at ¶ XV.
[7] *See* Exhibit C, Settlement Demand.
[8] *See* Exhibit C, Settlement Demand.
[9] *Id.*
[10] *See* Exhibit A, Petition for Damages ¶ XVIII.

12.

Based on plaintiff's demand submitted on January 16, 2024, and plaintiff's claims for penalties and attorneys' fees, the amount in controversy exceeds the Court's $75,000.00 jurisdictional threshold.

13.

For the foregoing reasons, this Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1332, as this action is between the citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.  Plaintiff, Molly Shearman, has demanded $120,000.00 under her uninsured/underinsured motorist policy as well as penalties and attorneys' fees.[11]  The evidence demonstrates that plaintiff is seeking in excess of $75,000.00, the parties are diverse, and this matter has been properly removed to this Court.

14.

This action was commenced against Farmers in state court on December 6, 2023, and first notice thereof could not have been received by this defendant prior to December 22, 2023, when Farmers was sent a copy of the plaintiff's petition for damages by the Louisiana Secretary of State.[12]

15.

A copy of all process, pleadings and orders served upon defendant is being filed with this notice.

16.

Defendant will give written notice of the filing of this Notice of Removal in accordance with 28 U.S.C. § 1446 (d).

---

[11] *See* Exhibit C, Settlement Demand and Exhibit A, Petition for Damages ¶ XVIII.
[12] *See* Petition and Citation attached hereto as Exhibit "A."

17.

A copy of this notice will be filed with the Clerk for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, as is required by Title 28 U.S.C. § 1446 (d).

18.

Defendant hereby requests a trial by jury.

WHEREFORE, defendant, FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, requests that this action proceed in this Court, as an action properly removed to it.

Baton Rouge, Louisiana, this 19th day of January, 2024.

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU,
  BARGAS, REED & HELM, L.L.C.**
Two United Plaza, Suite 202
8550 United Plaza Boulevard
Baton Rouge, LA 70809
Phone: 225.292.6704
Direct: 225.923.7843
Fax:    225.292.6705
Email: vbargas@kwbbrlaw.com
       dmcknight@kwbbrlaw.com
       mlefranc@kwbbrlaw.com
       brittneyr@kwbbrlaw.com

BY: /s *VALERIE BRIGGS BARGAS*
**VALERIE BRIGGS BARGAS, # 27392
DEVON B. McKNIGHT, # 33507
MAHALIE LeFRANC KYZAR, # 39255
BRITTNEY M. REED, # 39501**

-AND-

. . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . .

**THE TRUITT LAW FIRM**
A Limited Liability Company
1321 Ochsner Boulevard
Suite 200
Covington, LA  70433
Phone:  985.327.5266
Fax:  985.327.5252
Email:  mail@truitlaw.com
**JACK E. TRUITT, # 18476**
**MICHELLE MAYNE DAVIS, # 23027**
**KAYLIN K. STOREY, # 39721**
**LOU ANNE MILLIMAN, # 23869**

*In Association With*
**CORTES-JOHNSON &**
**BUTCHER, LLC**
3900 North Causeway Boulevard
Suite 1200
Metairie, LA  70002
**JENNIFER CORTES-JOHNSON, # 27203**
**NANCY N. BUTCHER, # 24178**

*Attorneys for Farmers Property and Casualty Insurance Company*

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing *Notice of Removal and Request for Trial by Jury* has been electronically filed on January 19, 2024, with the Clerk of court using the CM/ECF system. Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

Mr. Brandon P. Shearman
Mr. Brian G. Shearman
Mr. John H. Denenea, Jr.
SHEARMAN-DENENEA, LLC
4240 Canal Street, 2nd Floor
New Orleans, LA 70119
Fax:  504.304-4587
Email:  brandonshearman@midcitylaw.com
bshearman@midcitylaw.com
jdenenea@midcitylaw.com


 *S/ VALERIE BRIGGS BARGAS*
**VALERIE BRIGGS BARGAS**