UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MOLLY SHEARMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-191** |
| **FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY ET AL** | **SECTION "B"(4)** |

## ORDER

Considering parties' joint motion to dismiss (Rec. Doc. 33),

**IT IS ORDERED** that the motion is **GRANTED,** dismissing with prejudice all plaintiff Molly Shearman's claims against defendant Farmers Property and Casualty Insurance Company, in the above-captioned case, with each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** that all pending motions between settling parties are thereby **DISMISSED AS MOOT.**

New Orleans, Louisiana this 22nd day of January, 2025

SENIOR UNITED STATES DISTRICT JUDGE